# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

CHRISTOPHER LOONEY,

    Petitioner,

v.

ELDON VAIL,

    Respondent.

Case No. C09-5238RBL

ORDER

This matter is before the court on Petitioner's motion to stay the matter, which was filed along with the underlying Petition and application to proceed *in forma pauperis*. The motion to stay is based on Petitioner's admission that he is currently seeking exhaustion of certain claims in the state court, and thus, the Petition as currently presented is "mixed" in that it contains both exhausted and unexhausted claims.

Having reviewed the record, the court finds and orders as follows.

1. District courts may use a "stay-and-abeyance" procedure in which the court dismisses the unexhausted claims while staying the remaining exhausted claims. Rhines v. Weber, 544 U.S. 269, 275-77; Calderon v. United States District Court (Taylor), 134 F.3d 981, 988 (9th Cir.1998). Once the petitioner has exhausted the previously unexhausted claims in state court, the court may allow the petitioner to amend the original federal petition by adding the newly exhausted claims, which "relate back" to the original petition, pursuant to Fed. R. Civ. P. 15(c).

ORDER - 1

Kelly v. Small, 315 F.3d 1063, 1070 (9th Cir.2003). This procedure assumes special importance in light of AEDPA's one-year statute of limitations, and it advances our policy of deciding cases on the merits, rather than on procedural grounds. James v. Pliler, 269 F.3d 1124, 1126 (9th Cir. 2001).

2. The court finds good cause to have been shown to warrant use of the "stay and abeyance" procedure in this matter, which will allow petitioner time to properly exhaust all the claim(s) he is raising in his Petition. Following the guidelines noted above, the court GRANTS petitioner's motion to stay and the exhausted claims will be held in abeyance for a reasonable period of time.

3. Accordingly, the court directs petitioner to serve and file a status report by no later than October 22, 2009, or sooner if the state issues a decision on the matter. The report must explain the current status of those state court matters/cases in which he is pursuing his state remedies. The report shall also contain a statement indicating when petitioner expects to complete the exhaustion process for each pending state claim. After Petitioner reports that the state court process is complete the court will direct respondent to answer the Petition.

4. The Clerk shall direct copies of this Order to petitioner and to counsel of record.

DATED this 6th day of May, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2