1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

11
12   CHRISTOPHER LOONEY,

                    Petitioner,                    Case No. C09-5238RBL
13
                                                    ORDER TO CONTINUE
14         v.                                       STAY AND SET STATUS
                                                    REPORT DEADLINE
15   ELDON VAIL,

16                  Respondent.

17
            This matter is before the court on Petitioner's status report.  Doc. 9   Having reviewed the
18
     status report, the court finds and orders as follows:
19
            1.      The court finds it appropriate to continue to stay this matter for a reasonable
20
     amount of time to allow Petitioner the opportunity to continue to pursue exhaustion of his federal
21
     habeas claims in the state court system.
22
            2.      Accordingly, the court directs petitioner to serve a second status report by not
23
     later than May 3, 2010, again stating the current status of those matters/cases (including state
24
     cause numbers) in which he is pursuing his state remedies.
25

26

ORDER - 1

3. Petitioner shall also serve and file an amended petition within 30 days after either the state court's final decision on his pending Personal Restraint Petition or upon further order by this court.

DATED this 10th day of December, 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2