UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER LOONEY,<br><br>  Petitioner,<br><br>  v.<br><br>ELDON VAIL,<br><br>  Respondent. | Case No. C09-5238RBL/JRC<br><br>ORDER GRANTING<br>FOURTH EXTENSION OF<br>TIME |

This matter is before the court on Petitioner's status report. Doc. 14. Having reviewed the status report, the court finds and orders as follows:

1. The court finds it appropriate to continue to stay this matter for a reasonable amount of time to allow Petitioner the opportunity to continue to pursue exhaustion of his federal habeas claims in the state court system.

2. Accordingly, the court directs petitioner to serve a fourth status report by no later than March 3, 2011, again stating the current status of those matters/cases (including state cause numbers) in which he is pursuing his state remedies.

ORDER - 1

3.     Petitioner shall also serve and file an amended petition within 30 days after either the state court's final decision or upon further order by this court.

DATED this 9th day of September, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2