UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER B LOONEY,

              Petitioner,

   v.

ELDON VAIL,

              Respondent.

CASE NO. C09-5238-RBL-JRC

ORDER GRANTING SEVENTH EXTENSION OF TIME

This petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. The Court stayed this proceeding in May of 2009, so that petitioner could exhaust his claims in state court (ECF No. 8). The petitioner's state personal restraint petition was stayed until the Washington State Supreme Court decided a related case, In re Coats, 83544-6. Petitioner has filed status reports every six months and the Court has continued the stay.

In his seventh status report, plaintiff informs the Court that In re Coats was decided on November 11, 2011 (ECF No. 20). Petitioner further indicates that the stay in his state petition

ORDER GRANTING SEVENTH EXTENSION OF TIME - 1

1 was lifted in December of 2011, and that the state was given 60 days to respond. Petitioner states

2 that when the state did not file a response he filed a motion asking that the case proceed without

3 the state's response and that he is waiting for a response from the Washington State Supreme

4 Court.

5     Another order continuing the stay is appropriate under these conditions. If a decision is

6 reached in Mr. Looney's state personal restraint petition the Court orders that petitioner will

7 inform the Court of that decision within 30 days of his receiving the state court decision. A

8 seventh status report will be due on or before November 2, 2012.

9     The Clerk's office is directed to note the November 2, 2012, due date

10     Dated this 4th day of April, 2012.

*[signature]*

J. Richard Creatura
United States Magistrate Judge