UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER B LOONEY,<br><br>             Petitioner,<br><br>   v.<br><br>ELDON VAIL.<br><br>             Respondent. | CASE NO. C09-5238 RBL-JRC<br><br>ORDER GRANTING PETITIONER'S MOTION TO AMEND THE PETITION |

     The District Court has referred this petition for a writ of habeas corpus to the undersigned United States Magistrate Judge.  The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.  Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

     The Court stayed this petition for a number of years while petitioner attempted to exhaust claims in state court.  The Court lifted the stay on March 12, 2014 (Dkt. 32).  Petitioner asks the Court for leave to file an amended petition and he includes a proposed petition with exhibits (Dkt. 31).

The Court grants petitioner's motion to amend the petition. The Court will order service of the petition in a separate document.

Dated this 15th day of April, 2014.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING PETITIONER'S MOTION
TO AMEND THE PETITION - 2