UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER B LOONEY,

            Petitioner,

   v.

MAGGIE MILLER-STOUT,

            Respondent.

CASE NO. C09-5238 RBL-JRC

ORDER

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636 (b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. Thus, the petition is filed pursuant to 28 U.S.C. § 2254.

Respondent asks the Court to substitute Maggie Miller-Stout, Superintendent of the Airway Heights Corrections Center for former Secretary of the Department of Corrections Eldon Vail (Dkt. 40). Petitioner is currently housed at the Airway Heights prison (Dkt. 40, p. 1). The Court grants respondent's motion and instructs the Clerk's Office to substitute Maggie-Miller Stout for Eldon Vail.

Dated this 11th day of June, 2014.

                                        J. Richard Creatura
                                        United States Magistrate Judge

ORDER - 1