UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER B LOONEY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MAGGIE MILLER-STOUT.<br><br>　　　　　　Respondent. | CASE NO. C09-5238 RBL-JRC<br><br>ORDER |

　　The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

　　(1)　The Court adopts the Report and Recommendation;

　　(2)　The Court denies respondent's motion to dismiss the petition as time barred. Respondent has twenty one days from entry of this order to file an answer addressing the merits.

　　DATED this 10th day of October, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1