UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER B LOONEY,

      Petitioner,

  v.

MAGGIE MILLER-STOUT,

      Respondent.

CASE NO. C09-5238 RBL-JRC

ORDER

  The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

  Respondent asks the Court for additional time to file an answer and explains that counsel was on mandatory military leave until October 31, 2014 (Dkt. 48). Respondent shows good cause for the motion. The Court notes that respondent filed the answer on November 12, 2014, (Dkt. 49). The Court will consider the answer and grants respondent's motion for additional time. The Clerk's Office is directed to remove (Dkt. 48) from the Court's calendar.

  Dated this 13th day of November, 2014.

                J. Richard Creatura
                United States Magistrate Judge

ORDER - 1