UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER B LOONEY,

            Petitioner,

   v.

MAGGIE MILLER-STOUT.

           Respondent.

CASE NO. C09-5238 RBL-JRC

ORDER

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court denies and dismisses this petition for the reasons set forth in the Report and Recommendation.

(3)    The Court will not issue a certificate of appealability.

DATED this 14th day of April, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1